FILED: September 13, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1714
(WQC-16-0005)
(CP-16-10-000)

_____

SIERRA CLUB; WEST VIRGINIA RIVERS COALITION; INDIAN CREEK WATERSHED ASSOCIATION; APPALACHIAN VOICES; CHESAPEAKE CLIMATE ACTION NETWORK

        Petitioners

v.

WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION; AUSTIN CAPERTON, Secretary of the West Virginia Department of Environmental Protection

        Respondents

MOUNTAIN VALLEY PIPELINE, LLC

        Intervenor

_____

O R D E R
_____

The court grants the motion to suspend briefing pending resolution of the motion to remand.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk