FILED: November 8, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1714
(WQC-16-0005)
(CP-16-10-000)

_____

SIERRA CLUB; WEST VIRGINIA RIVERS COALITION; INDIAN CREEK WATERSHED ASSOCIATION; APPALACHIAN VOICES; CHESAPEAKE CLIMATE ACTION NETWORK

      Petitioners

v.

WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION; AUSTIN CAPERTON, Secretary of the West Virginia Department of Environmental Protection

      Respondents

MOUNTAIN VALLEY PIPELINE, LLC

      Intervenor

_____

M A N D A T E

_____

The judgment of this court, entered October 17, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*